THOMAS P. RILEY, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

Tel:  626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE HAND PROMOTIONS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>MARIA ELVA BARRALES, ET AL.,<br><br>Defendant. | CASE NO. 2:13-cv-07516-WDK-E<br><br>ORDER GRANTING<br>STIPULATED JUDGMENT |

**TO THIS HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

By and through their counsel, the Parties to the above-entitled action hereby stipulate and respectfully request that judgment in the amount of Ten Thousand Dollars ($10,000.00) inclusive of attorneys' fees and costs be entered in favor of Plaintiff Joe Hand Promotions, Inc., and against MARIA ELVA BARRALES and JORGE ARIAS BARRALES, individually and d/b/a MARISCOS LAS SIRENAS

///

RESTAURANT; and JECI ASSOCIATES, INC., an unknown business entity d/b/a MARISCOS LAS SIRENAS RESTAURANT.

STIPULATED JUDGMENT
CASE NO. 2:13-cv-07516
Page 1

The Parties, and each of them, waive any and all rights to seek a stay of enforcement of said judgment and further request that this Honorable Court enter the requested and stipulated judgment only in the event of default of the Parties' settlement agreement and written notification of same to this Honorable Court by counsel of record.

**IT IS SO ORDERED**:

_____          Dated:      02/02/2015     
**The Honorable William D. Keller**
**United States District Court**
**Central District of California**

///

///

///

///

///

///

///

///

# PROOF OF SERVICE (SERVICE BY MAIL)

STIPULATED JUDGMENT
CASE NO. 2:13-cv-07516
Page 2

I declare that:

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On January 20, 2015, I served:

**[Proposed] ORDER GRANTING STIPULATED JUDGMENT**

On all parties in said cause by electronic mailing same to the defendant's counsel at the following email address(es):

Mr. William Gary Cort, Esquire             (Attorneys for Defendants)
**LAW OFFICES OF WILLIAM G. CORT**
9040 Telegraph Road, Suite 206
Downey, CA  90240
williamgcort@verizon.net

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on January 20, 2015, at South Pasadena, California.

Dated: January 20, 2015         *s/Vanessa Ventura*
                                 **VANESSA VENTURA**